**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA          §
                                  §
*versus*                          §     CASE NO. 1:04-CR-57
                                  §
THOMAS ALEXANDER LAMAN            §

### MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation.

The defendant waived his right to be present and allocute at sentencing and the parties have not objected to Judge Giblin's report. The Court ORDERS that the findings of fact and recommendation on plea of true (#82) are ADOPTED. The Court finds that the defendant, Thomas Laman, violated conditions of his supervised release. The Court REVOKES his term of supervision. Pursuant to Judge Giblin's recommendation and the parties' agreement, the Court ORDERS the defendant to serve a term of six (6) months imprisonment for the revocation, with no additional term of supervision to follow.

SIGNED at Beaumont, Texas, this 12th day of June, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE